USDC SCAN INDEX SHEET

















JAH    8/16/06    8:10

3:06-CV-01584   BRIGHTON COLLECTIBLE V. MARC CHANTAL USA INC

*1*

*CMP.*

ORIGINAL

1  WINTON & LARSON, LLP
   Steven W. Winton (State Bar No. 114425)
2  11770 Bernardo Plaza Court, Suite 255
   San Diego, CA 92128
3  Tel. (858) 385-0040 / Fax (858) 385-0050

4  BROWNE WOODS & GEORGE LLP
   Peter W. Ross (State Bar No. 109741)
5  Marta B. Almli (State Bar No. 177306)
   450 North Roxbury Drive, Seventh Floor
6  Beverly Hills, California 90210-4231
   Tel. (310) 274-7100 / Fax (310) 275-5697
7
   LAW OFFICES OF GARY FREEDMAN
8  Gary Freedman (State Bar No. 49922)
   1149 Third Street, Suite 200
9  Santa Monica, California 90403
   Tel. (310) 576-2444 / Fax (310) 576-2440
10
11  Attorneys for Plaintiff Brighton Collectibles, Inc.

12            UNITED STATES DISTRICT COURT

13           SOUTHERN DISTRICT OF CALIFORNIA

14

15  BRIGHTON COLLECTIBLES, INC.,        )  Case No.
    a California corporation,           )  **06 CV 1584 IEG     WMc**
16                                      )
                   Plaintiff,           )  **COMPLAINT FOR:**
17                                      )
          vs.                           )  **(1)  TRADEMARK
18                                      )        INFRINGEMENT [15 U.S.C.
    MARC CHANTAL USA, INC., a Texas     )        §1114]**
19  corporation; MARC CHANTAL           )
    AMERICA, INC., a Texas corporation; )  **(2)  TRADE DRESS
20  and Does 1 through 10, inclusive,   )        INFRINGEMENT [15 U.S.C.
                                        )        §1125(a)]**
21                 Defendants.          )
    _____)  **(3)  FALSE DESIGNATION OF
22                                              ORIGIN [15 U.S.C. §1125(a)]**

23                                         **(4)  COMMON LAW UNFAIR
                                                 COMPETITION**
24
                                           **(5)  STATUTORY UNFAIR
25                                               COMPETITION
                                                 [Cal. Bus. & Prof. Code
26                                               §§ 17200 et seq.]**

27                                         **JURY TRIAL DEMANDED**

                                           RECEIVED IN
28                                         DOCKETING

                                           AUG 1 0 2006

151044.1                    -1-
                          COMPLAINT

FILED
AUG 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

1    Plaintiff Brighton Collectibles, Inc., as and for its complaint against Defendants

2    Marc Chantal USA, Inc., Marc Chantal America, Inc., and Does 1 through 10, alleges

3    as follows:

4    **JURISDICTION AND VENUE**

5    1.    This Court has original jurisdiction of this action under 28 U.S.C. §1332,

6    in that it is a civil action between citizens of different states in which the amount in

7    controversy exceeds $50,000, exclusive of interest and costs.  This Court also has

8    original jurisdiction of this action under 28 U.S.C. §§1331, 1337 and 1338 in that the

9    claims herein arise under federal trademark law (15 U.S.C. §1121 et seq.).  This Court

10   has jurisdiction of the related state claims under 28 U.S.C. §1367(a).

11   2.    This district is the proper venue for this action, as a substantial part of the

12   events and omissions giving rise to the claims herein occurred in this district, and all

13   defendants are subject to personal jurisdiction in this district.

14   **PARTIES**

15   3.    Plaintiff Brighton Collectibles, Inc. ("Plaintiff") is a corporation

16   organized and existing under the laws of the State of California, with its principal

17   place of business in the County of Los Angeles.

18   4.    Plaintiff is informed and believes, and thereon alleges, that defendant

19   Marc Chantal USA, Inc. ("MCUSA") is a corporation organized and existing under

20   the laws of the State of Texas.  Plaintiff is further informed and believes, and thereon

21   alleges, that MCUSA is qualified to do business, and is doing business, in this judicial

22   district.

23   5.    Plaintiff is informed and believes, and thereon alleges, that defendant

24   Marc Chantal America, Inc. ("MCA") is a corporation organized and existing under

25   the laws of the State of Texas.  Plaintiff is further informed and believes, and thereon

26   alleges, that MCA is qualified to do business, and is doing business, in this judicial

27   district.

28

151044.1

-2-
COMPLAINT

6.     Plaintiff is unaware of the true names and capacities of defendants named herein as Does 1 through 10, inclusive, but is informed and believes, and thereon alleges, that each of the fictitiously named defendants engaged in, or is in some manner responsible for, the wrongful conduct alleged herein.  Plaintiff therefore sues these defendants by such fictitious names and will amend this complaint to state their true names and capacities when such names have been discovered.  (Collectively, MCUSA, MCA and Does 1 through 10 will be referred to herein as "Defendants.")

7.     Plaintiff is informed and believes that in doing the acts alleged herein, each of the defendants was the agent, principal, employee, representative, or alter ego of the other defendants and/or acted with one or more of the other defendants' knowledge, consent, and approval, and acted within the course and scope of his agency or representative capacity.  As such, each of the defendants is responsible for the actions of the other defendants, as alleged herein.

8.     Plaintiff is informed and believes and on that basis alleges that each of the defendants has advertised, sold and/or distributed their infringing goods in this judicial district.

## GENERAL ALLEGATIONS

**A.     Brighton Is A Leading Manufacturer of Women's Fashion Accessories.**

9.     Plaintiff designs and manufactures women's fashion accessories, including handbags, luggage and other products that sell under the trademark "Brighton."  For more than 20 years, Plaintiff has been continuously engaged in designing, manufacturing, distributing, and selling its "Brighton" fashion accessories nationwide and has expanded from five employees to a work force that now includes over 600 people employed at a factory in the City of Industry, California, as well as other personnel around the country.

10.    Over the years that Plaintiff has been in existence, its fashion accessories have gained a nationwide reputation for style and quality.  Plaintiff is an acknowledged industry leader, recognized for unique and innovative styling,

151044.1

-3-
COMPLAINT

1    outstanding workmanship and the use of high quality materials. Plaintiff sells its

2    accessories through small "specialty" or "boutique" stores, not in discount stores.

3         11.   Since the early 1990s, the "Brighton" line of fashion accessories has

4    continuously featured a distinctive trade dress which includes rare and costly leather

5    elements, brocaded fabrics, filigreed and silver-plated metal parts and ornamentation,

6    and the prominent use of a heart emblem. (Representative samples of handbags,

7    wallets and similar products bearing the Brighton trade dress are attached hereto as

8    Exhibit A and incorporated herein by this reference.)

9         12.   Brighton handbags also feature a unique "Dangling Heart" ornament that

10   Plaintiff registered as a trademark with the United States Patent and Trademark Office

11   on December 1, 1998, under Registration No. 2,206,480. Plaintiff continues to own

12   this registration, which is, and continues to be, in full force and effect. A copy of this

13   trademark registration is attached hereto as Exhibit B and is incorporated herein by

14   this reference. Pictures of handbags bearing the dangling heart trademark are attached

15   hereto as Exhibit C and are incorporated herein by this reference

16        13.   Plaintiff registered "Brighton" as its trademark in the United States Patent

17   and Trademark Office on December 15, 1998, under Registration No. 2,209,973.

18   Plaintiff continues to own this registration, which is, and continues to be, in full force

19   and effect. A copy of this trademark registration is attached hereto as Exhibit D and is

20   incorporated herein by this reference.

21        14.   Since the early 1990s, Plaintiff's Brighton products have been, and

22   continue to be, extensively advertised and sold throughout the United States. As a

23   result of Plaintiff's sales and advertising, in the minds of consumers, the Brighton

24   trade name, the Dangling Heart trademark and the distinctive trade dress of Plaintiff's

25   products have come to symbolize Brighton goods. Plaintiff's trade name, trademarks

26   and trade dress have thus become, and are, valuable assets of Plaintiff symbolizing

27   Plaintiff, its high quality goods, and its goodwill.

28

**B.     Defendants' Knock-offs.**

15.     Plaintiff is informed and believes, and thereon alleges, that Defendants, having recognized the consumer awareness and goodwill associated with Plaintiff's Brighton fashion accessories, conspired to usurp that goodwill for themselves by designing, manufacturing, marketing and selling, without the permission or knowledge of Plaintiff, cheap imitations of Brighton handbags, luggage and other products that copy the Brighton trade dress and use the Dangling Heart trademark.  On information and belief, Defendants manufacture or source these infringing products and sell them to retailers for resale to consumers.  Some or all of these infringing products are marketed and sold under the intentionally and confusingly similar trade name "Bristol" at prices significantly below those charged for Brighton goods by specialty or boutique stores.  A copy of an advertisement for "Bristol" products is attached hereto as Exhibit E and incorporated herein by this reference.

16.     Comparisons of certain Brighton Products with the infringing "Bristol" products are appended hereto as Exhibits F through P, and incorporated herein by this reference:

a.     Exhibit F:  Brighton Francesca Brief Bag and Marc Chantal "Bristol" Briefcase (#4081)

b.     Exhibit G:  Brighton Large Cosmetic Case and Marc Chantal "Bristol" Large Cosmetic Bag (#4093)

c.     Exhibit H:  Brighton Small Cosmetic Case and Marc Chantal "Bristol" Cosmetic Bag (#4078)

d.     Exhibit I:  Brighton Charlene Shoulder Bag and Marc Chantal "Bristol" Handbag (#4087)

e.     Exhibit J:  Brighton Monica Backpack and Marc Chantal "Bristol" Backpack (#4091)

f.     Exhibit K:  Brighton 22" Wheeled Carry and to Marc Chantal "Bristol" Rolling Suitcase (#4090)

g.     Exhibit L: Brighton Business Computer Case and Marc Chantal "Bristol" Computer Case (#4075)

h.     Exhibit M: Brighton Garment Carrier and Marc Chantal "Bristol" Garment Bag (#4079)

i.     Exhibit N: Brighton Side Wheeler Duffel and Marc Chantal "Bristol" Rolling Duffel (#4077)

j.     Exhibit O: Brighton Weekender and Marc Chantal "Bristol" Weekender (#4076)

k.     Exhibit P: Brighton Pet Carrier and Marc Chantal "Bristol" Pet Carrier (#4080)

17.     In addition, pictures of Defendants' handbags that infringe Brighton's trade dress and incorporate an ornament that infringes Plaintiff's "Dangling Heart" trademark are attached hereto as Exhibit Q and incorporated herein by this reference. (Compare to Brighton products at Exhibit C hereto.)

18.     Additional pictures of Defendants' products that infringe Plaintiff's trade dress are attached hereto as Exhibit R and incorporated herein by this reference. (Compare to Brighton products at Exhibit A hereto.)

19.     Plaintiff is informed and believes, and thereon alleges, that Defendants intentionally designed their products, including their Bristol products, to resemble Brighton products so closely that consumers are likely to be, and in fact have been, confused as to the source of Defendants' goods and have bought those goods on the assumption that they were manufactured or distributed by Plaintiff. Further proof that Defendants' acts are intentional is its adoption of the similar name "Bristol" under which to market and sell some or all of these products.

20.     Plaintiff is informed and believes that Defendants were at all times aware that their products resemble Brighton products so closely that consumers are likely to be, and in fact have been, confused as to the source of the goods and have bought those goods on the assumption that they were manufactured or distributed by Plaintiff.

1    Plaintiff is informed and believes that this resemblance is precisely the reason why

2    Defendants market and sell their products, and why they market and sell some or all of

3    their products under the confusingly similar trade name "Bristol."

4         21.   Plaintiff is informed and believes and thereon alleges that each of the

5    Defendants has received a direct financial benefit from marketing and selling products

6    incorporating Plaintiff's Brighton trademarks and trade dress, in an amount that is

7    unknown to Plaintiff.

8         22.   Plaintiff is informed and believes and thereon alleges that Bristol

9    products are inferior in quality to Plaintiff's products, and consumers who have

10   purchased Bristol products, believing them to be Plaintiff's, have been disappointed

11   by the quality of those products.  As a result, Defendants' marketing, sale and

12   distribution of the Bristol products have damaged and will continue to damage

13   Plaintiff's reputation and goodwill.

14        23.   Plaintiff is informed and believes and thereon alleges that Defendants'

15   marketing, sale and distribution of products that copy the Brighton trademarks and

16   trade dress have also damaged Plaintiff in that Plaintiff has lost sales and profits.

17        24.   Defendants' acts have caused and will continue to cause irreparable harm

18   and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

19   Accordingly, Defendants should be enjoined and restrained during the pendency of

20   this action and permanently thereafter, from directly or indirectly manufacturing,

21   distributing, importing, exporting, advertising, offering for sale or selling any products

22   that copy Plaintiff's trademarks or trade dress.  Pursuant to 15 U.S.C. § 1116, Plaintiff

23   is therefore entitled to a preliminary and permanent injunction against Defendants'

24   continuing acts of infringement.  Plaintiff is further entitled to an order impounding

25   and destroying all infringing products in Defendants' possession, custody or control.

26   /////

27   /////

28   /////

## FIRST CLAIM FOR RELIEF

### (Against all Defendants for Trademark Infringement, 15 U.S.C. § 1114)

25.  Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 24, inclusive.

26.  Plaintiff is the owner of the "Dangling Heart" and "Brighton" trademarks.

27.  The "Dangling Heart" and "Brighton" trademarks are valid, protectable marks.

28.  Plaintiff is informed and believes, and thereon alleges, that Defendants have been designing, selling and offering for sale handbags and other products that incorporate ornaments that infringe Plaintiff's dangling heart trademark.

29.  Plaintiff is further informed and believes, and thereon alleges, that Defendants adopted the confusingly similar Bristol trade name specifically to sell some or all of the infringing products, in order to create confusion, and have created confusion, and have thus infringed Plaintiff's Brighton trademark.

30.  Defendants are not now, and never have been, authorized by Plaintiff to use Plaintiff's trademarks in connection with the marketing and/or sale of Defendants' goods.

31.  Defendants' marketing and sale of handbags and other products incorporating ornaments that infringe Plaintiff's dangling heart trademark and its sale under the Bristol name of handbags, luggage and other products, is likely to cause confusion, mistake, and/or deception among consumers as to the source, quality, and nature of Defendants' goods, particularly in light of other similarities between Defendants' products and Plaintiff's products.

32.  Plaintiff is informed and believes and thereon alleges that as a proximate result of the unfair advantage accruing to Defendants' business from deceptively trading on Plaintiff's advertising, sales, and consumer recognition, Defendants have made substantial sales and profits in amounts to be established according to proof.

/////

33.     As a proximate result of the unfair advantage accruing to Defendants' business from deceptively trading on Plaintiff's advertising, sales, and consumer recognition, Plaintiff has been damaged and deprived of substantial sales of its Brighton products and has been deprived of the value of its trademarks as commercial assets, in amounts to be established according to proof.

34.     Plaintiff is informed and believes, and thereon alleges that, unless restrained by the Court, Defendants will continue to infringe Plaintiff's trademarks, thus engendering a multiplicity of judicial proceedings, and that pecuniary compensation will not afford Plaintiff adequate relief for the damage to its trademarks in the public perception.  Further, Plaintiff is informed and believes, and thereon alleges, that in the absence of injunctive relief, customers are likely to continue being mistaken or deceived as to the true source, origin, sponsorship, and affiliation of Defendants' goods.

35.     Plaintiff is informed and believes, and thereon alleges, that Defendants' acts were committed, and continue to be committed, with actual notice of Plaintiff's exclusive rights and with an intent to cause confusion, to cause mistake, and/or to deceive, and to cause injury to the reputation and goodwill associated with Plaintiff and its products.  Pursuant to 15 U.S.C. § 1117, Plaintiff is, therefore, entitled to recover three times its actual damages or three times Defendants' profits, whichever is greater, together with Plaintiff's attorneys' fees.  In addition, pursuant to 15 U.S.C. § 1118, Plaintiff is entitled to an order requiring destruction of all infringing products and promotional materials in Defendants' possession.

## SECOND CLAIM FOR RELIEF

**(Against all Defendants for Trade Dress Infringement, 15 U.S.C. § 1125(a)(3))**

36.     Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 24, inclusive.

37.   The elements of Plaintiff's distinctive trade dress include rare and costly leathers, brocaded fabrics, filigreed, sculpted, silver-plated hardware, and silver hearts.  The overall visual impression that the combination and arrangement of these elements create is aesthetic, not functional.

38.   Plaintiff's trade dress has acquired a secondary meaning.  Brighton has been selling products with its distinctive trade dress since the early 1990s.  Further, Brighton has spent tens of millions of dollars to advertise and promote its products. As a result, consumers routinely use the phrases "Brighton look" and "Brighton style" when referring to Plaintiff's products.

39.   Plaintiff is informed and believes, and thereon alleges, that Defendants have been designing, marketing, offering for sale and selling handbags, luggage and other products that incorporate Plaintiff's Brighton trade dress.

40.   Defendants are not now, and never have been, authorized by Plaintiff to use Plaintiff's trade dress or any confusingly similar trade dress in connection with the marketing and/or sale of Defendants' goods.

41.   Defendants' marketing and sale of copies of Brighton handbags, luggage and other products is likely to cause confusion, mistake, and/or deception among consumers as to the source, quality, and nature of Defendants' goods.

42.   Plaintiff is informed and believes and thereon alleges that as a proximate result of the unfair advantage accruing to Defendants' business from deceptively trading on Plaintiff's advertising, sales, and consumer recognition, Defendants have made substantial sales and profits in amounts to be established according to proof.

43.   As a proximate result of the unfair advantage accruing to Defendants' business from deceptively trading on Plaintiff's advertising, sales, and consumer recognition, Plaintiff has been damaged and deprived of substantial sales of its Brighton products and has been deprived of the value of its trade dress as a commercial asset, in amounts to be established according to proof.

/////

151044.1

44.     Plaintiff is informed and believes, and thereon alleges that, unless restrained by the Court, Defendants will continue to infringe Plaintiff's Brighton trade dress, thus engendering a multiplicity of judicial proceedings, and that pecuniary compensation will not afford Plaintiff adequate relief for the damage to its trade dress in the public perception.  Further, Plaintiff is informed and believes, and thereon alleges, that in the absence of injunctive relief, customers are likely to continue being mistaken or deceived as to the true source, origin, sponsorship, and affiliation of Defendants' goods.

45.     Plaintiff is informed and believes, and thereon alleges, that Defendants' acts were committed, and continue to be committed, with actual notice of Plaintiff's exclusive rights and with an intent to cause confusion, to cause mistake, and/or to deceive, and to cause injury to the reputation and goodwill associated with Plaintiff and its products.  Pursuant to 15 U.S.C. § 1117, Plaintiff is, therefore, entitled to recover three times its actual damages or three times Defendants' profits, whichever is greater, together with Plaintiff's attorneys' fees.  In addition, pursuant to 15 U.S.C. § 1118, Plaintiff is entitled to an order requiring destruction of all infringing products and promotional materials in Defendants' possession.

### THIRD CLAIM FOR RELIEF

**(Against all Defendants for False Designation of Origin, 15 U.S.C.§ 1125(a))**

46.     Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 45, inclusive.

47.     Defendants have caused to enter into interstate commerce products that copy Plaintiff's trademarks, as well as the Brighton trade dress and elements thereof (including but not limited to the Brighton heart logo).  Plaintiff's trademarks and trade dress, and each copied element thereof, have become associated in the minds of consumers with Plaintiff and its Brighton goods.

151044.1

48.  The design, marketing and sale of Defendants' products as described above constitutes false designations of origin which are likely to cause confusion and mistake and to deceive consumers as to the source or origin of such goods or sponsorship or approval of such goods by Plaintiff.

49.  Plaintiff is informed and believes, and thereon alleges, that as a proximate result of Defendants' false designation of the origin of their goods, Defendants have made substantial sales and profits in amounts to be established according to proof.

50.  Plaintiff is informed and believes, and thereon alleges, that as a proximate result of Defendants' false designation of the origin of their goods, Plaintiff has been damaged and deprived of substantial sales of its Brighton products and has been deprived of the value of its trademarks and trade dress as commercial assets, in amounts to be established according to proof.

51.  Plaintiff is informed and believes, and thereon alleges, that unless restrained by this Court, Defendants will continue to designate falsely the origin of their goods, causing irreparable damage to Plaintiff and engendering a multiplicity of lawsuits.  Pecuniary compensation will not afford Plaintiff adequate relief for its resulting damages.  Further, Plaintiff is informed and believes, and thereon alleges, that in the absence of injunctive relief, customers are likely to continue being mistaken or deceived as to the true source, origin, sponsorship, and affiliation of Defendants' goods.

52.  Plaintiff is informed and believes, and thereon alleges, that Defendants' acts were committed, and continue to be committed, with actual notice of Plaintiff's exclusive rights and with an intent to cause confusion, to cause mistake, and/or to deceive, and to cause injury to the reputation and goodwill associated with Plaintiff and its products.  Pursuant to 15 U.S.C. § 1117, Plaintiff is, therefore, entitled to recover three times its actual damages or three times Defendants' profits, whichever is greater, together with Plaintiff's attorneys' fees.  In addition, pursuant to 15 U.S.C. §

151044.1

1    1118, Plaintiff is entitled to an order requiring destruction of all infringing products

2    and promotional materials in Defendants' possession.

3

4                          **FOURTH CLAIM FOR RELIEF**

5               **(Against all Defendants for Common Law Unfair Competition)**

6        53.    Plaintiff realleges and incorporates herein by reference each and every

7    allegation set forth above in paragraphs 1 through 52, inclusive.

8        54.    Plaintiff's trademarks and trade dress have acquired a secondary

9    meaning, as established herein.

10       55.    Defendants have, as established herein, used marks similar to Plaintiff's

11   trademarks in connection with their products, and have copied Plaintiff's trade dress

12   in their products.

13       56.    Plaintiff and Defendants are business competitors.

14       57.    By reason of the similarity between Plaintiff's products and Defendants'

15   products, the public is likely to identify Defendants' products as those of Plaintiff, or

16   to conclude that Plaintiff has some connection with the production of Defendants'

17   products.

18       58.    Defendants' conduct, as alleged herein, is unfair and unlawful.

19       59.    Defendants' acts have caused Plaintiff to lose profits and caused

20   additional damage to Plaintiff's reputation and goodwill.  The precise amount of

21   Plaintiff's damages is presently unknown but will be established according to proof.

22       60.    Plaintiff is informed and believes and thereon alleges that as a direct and

23   proximate result of Defendants' wrongful conduct as described above, Defendants

24   have gained revenue and profits.

25       61.    Plaintiff has no adequate remedy at law for the injury that will be caused

26   by Defendants' acts of unfair competition and/or fraudulent business practices.

27   Accordingly, Plaintiff is entitled to preliminary and permanent injunctions restraining

28   Defendants, their officers, agents, and employees, and all persons acting in concert

151044.1                              -13-
                                  COMPLAINT

1 | with them, from further engaging in acts of unfair competition against Plaintiff and its

2 | products.

3 | 62.    Plaintiff is informed and believes, and thereon alleges, that Defendants

4 | committed the foregoing acts with the intention of depriving Plaintiff of its legal

5 | rights, with oppression, fraud, and/or malice, and in conscious disregard of Plaintiff's

6 | rights. Plaintiff is, therefore, entitled to an award of exemplary damages, according to

7 | proof.

8 |

9 | **FIFTH CLAIM FOR RELIEF**

10 | **(Against all Defendants for Unfair Competition –**

11 | **Bus. & Prof. Code §17200 et seq.)**

12 | 63.    Plaintiff realleges and incorporates herein by reference each and every

13 | allegation set forth above in paragraphs 1 through 62, inclusive.

14 | 64.    Defendants' conduct as alleged herein constitutes unfair, unlawful, and

15 | fraudulent business practices prohibited by §§ 17200 *et seq.* and §§ 17500 *et seq.* of

16 | the *California Business & Professions Code.*

17 | 65.    Plaintiff is informed and believes and thereon alleges that as a direct and

18 | proximate result of Defendants' wrongful conduct as described above, Defendants

19 | have gained property and revenues properly belonging to Plaintiff. Plaintiff therefore

20 | seeks restitution of these amounts. Plaintiff also seeks injunctive relief restraining

21 | Defendants, their officers, agents, and employees, and all persons acting in concert

22 | with them, from further engaging in acts of unfair competition and/or fraudulent

23 | business acts against Plaintiff and its products.

24 | /////

25 | /////

26 | /////

27 | /////

28 | /////

151044.1

-14-
COMPLAINT

1

## **PRAYER FOR RELIEF**

2      WHEREFORE, Plaintiff prays for relief against Defendants as follows:

3      1.      For preliminary and permanent injunctions enjoining and restraining

4  Defendants, their agents, employees, representatives, partners, joint venturers and/or

5  anyone acting on behalf of, or in concert with, Defendants, or any of them, from:

6              A.      designing, importing, shipping, delivering, selling, marketing,

7  displaying, advertising, or promoting products that copy Plaintiff's trademarks or

8  trade dress or so closely resemble the Plaintiff's trademarks or trade dress as to create

9  a likelihood of confusion, mistake, or deception; and/or

10             B.      representing or implying, directly or indirectly, to retailers,

11 customers, distributors, licensees, or any other customers or potential customers of

12 Defendants' products that Defendants' products originate with, are sponsored,

13 endorsed, or licensed by, or are otherwise associated or affiliated with Plaintiff;

14     2.      For an order requiring the destruction of all Defendants' infringing goods

15 and all marketing, advertising, or promotional materials depicting Defendants'

16 infringing goods;

17     3.      For an accounting of all profits obtained by Defendants from sales of the

18 infringing goods and an order that Defendants hold all such profits in a constructive

19 trust for the benefit of Plaintiff;

20     4.      For an award to Plaintiff of all profits earned by Defendants from the sale

21 of infringing goods;

22     5.      For restitution to Plaintiff of all property and revenues obtained by

23 Defendants through their acts of unfair competition;

24     6.      For statutory damages according to proof;

25     7.      For compensatory damages according to proof;

26     8.      For exemplary and multiple damages according to proof;

27     9.      For prejudgment interest on all damages awarded by this Court;

28     10.     For an award of attorneys' fees;

151044.1

1    11.    For costs of suit incurred herein; and

2    12.    For such other and further relief as the Court deems just and proper.

3

4    Dated:  July 27, 2006                          WINTON & LARSON, LLP
5                                                              Steven W. Winton

6                                                     BROWNE WOODS & GEORGE LLP
                                                          Peter W. Ross
7                                                          Marta B. Almli

8                                                     LAW OFFICES OF GARY FREEDMAN
                                                          Gary Freedman
9

10                                                   By _Steven W. Winton_____
                                                          Steven W. Winton
11
                                                     Attorneys for Plaintiff Brighton Collectibles, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

151044.1

COMPLAINT

1

## DEMAND FOR JURY TRIAL

2      Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal

3  Rules of Civil Procedure.

4

5  Dated:  July 27, 2006                    WINTON & LARSON, LLP
6                                              Steven W. Winton

7                                            BROWNE WOODS & GEORGE LL
                                               Peter W. Ross
8                                              Marta B. Almli

9                                            LAW OFFICES OF GARY FREEDMAN
                                               Gary Freedman
10

11                                           By _____
                                                  Steven W. Winton
12
                                             Attorneys for Plaintiff Brighton Collectibles, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

151044.1



*Whatever your style, personality, career, or mood, Brighton accessories a*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAC |

View My Wishlist

In All Categories 

Sear

Wishlist Catalog  >  Wallets  >  Large Ladies Wallets  >

### Aberdeen Large Wallet



**Aberdeen**
Black

**Style #T31213**

New large-tile croco, accented by Scottish crest heart - with the same interior features as Enchanted Hearts.

16 credit card slots, pocket, ID picture window, back zippered pocket, adjustable shoulder strap

7.5"W x 3.875"H x .375"D

**Suggested Retail Price: $110.00**

**You may also like t**



Aberdeen Large



Aberdeen Cla



Glenna Croco Sho



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

http://www.brightonretail.com/store/wishlist.php?m=product_detail&p=T31213                    3/7/2006

 *Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration    Products    Events    Store Locator    E-Cards    Wishlist    Heart2Heart    Company History    Contact    FA(

View My Wishlist

In All Categories

Sear

Wishlist Catalog  >  Wallets  >  Ladies Organizer Wallets  >

## Aberdeen Organizer

**Aberdeen**
Black

You may also like t

**Style #T40713**

New large-tile croco, accented by
Scottish crest heart.

Back with zippered pocket and open
pocket, 9 credit card slots, ID
window, accordian pocket, 3 billfold
pockets, 2 side pockets, check slot
w/ clear duplicate divider,
adjustable/detachable strap

7.5"W x 5.56"H x 3"D

**Suggested Retail Price: $150.00**



Aberdeen Coin



Aberdeen Nec



Aberdeen Coin



Add to My Wishlist

# Brighton

...ever your style, personality, career, or ..., Brighton accessories are designed for you!

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Contemporary Handbags  >

## Alesha Shoulderbag with Mirror



**Alesha**
Red

**Style #H30477**

The Geneva Collection's garden grows - with a new Alesha bag in dusty rose.

8.75" handles, inside zippered pocket, cell phone pocket, key holder, three interior sections-center section with zip top closure, back pocket, two side pockets, brown floral lining.

11.5"W x 7"H x 4.25"D

**Suggested Retail Price:** $230.00

### You may also like these styles



Black Geneva Phone Case



Kick Woven Boot

Geneva Organizer



Add to My Wishlist    Clear

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Personal Accessories
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishlist | Gift Card



*Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ

View My Wishlist

In All Categories 

Sear

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

### Alita Croco Handbag



**Alita**
Black

**Style #H90983**

Espana collection matcher, inspired by Damascene, an ancient jewelry technique from Spain.

4" handle, 12"-21" adjustable, detachable strap, inside zippered pocket, cell phone pocket, key holder, magnetic closure, zippered back pocket, Brighton scroll lining.

8.0"W x 6.0"H x 3.5"D

**Suggested Retail Price: $165.00**

You may also like t



Espana Heart N



Espana Key



Espana Memo Pad I



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

 **Brighton**  *Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ

View My Wishlist                In All Categories          

Sear

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Little Amy Handbag



**Amy**
Black/Brown

**Style #**H5017

Little Amy Handbag

4.25" handles, 19" detachable strap,
inside zippered pocket, zip top

9"W x 6.25"H x 3.75"D

**Suggested Retail Price:** $160.00

You may also like t



Amy Coin Pu



Amy Doctor



Chrisanne Croco


Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl



*Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ

View My Wishlist

In All Categories 

Sear

**Wishlist Catalog  >  Handbags  >  Traditional Handbags  >**

## Amy Doctor Bag



**Amy**
Black/Brown

**Style #03867**

Amy Doctor Bag

4.5" handles, 20" detachable strap,
inside zippered pocket, zip top

12"W x 6.5"H x 5.5"D

**Suggested Retail Price:** $275.00

You may also like t



Amy Coin Pu



Amy Doctor



Tess Small Ziptop Ho



Add to My Wishlist

# *Brighton*

Whatever your style, personality, career, or mood, Brighton accessories are designed for you!

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

**View My Wishlist**

In All Categories

**Search Products**

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >



## April Heart Brief bag

**April Heart**
Black/Brown

**Style #H7037**

April Heart Brief bag

5.5" handles, 18" detachable strap, two inside zippered pockets, four pockets, mirror, front pocket with magnetic closure, back pocket with magnetic snap

16"W x 10.75"H x 4.75"D

**Suggested Retail Price: $395.00**

### You may also like these styles



Liza Organizer Shoulderbag



Laverne Organizer Bag



Thalia Ziptop Pouch



Add to My Wishlist     Clear

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts | Jewelry | Ladies Belts | Luggage | Mens Belts | Personal Accessories
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishlist | Gift Card

# Brighton.

Whatever your style, personality, career, or mood, Brighton accessories are designed for you!

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Contemporary Handbags  >

## Avaline Small Tote



**Avaline**
Black-Chocolate

**Style #**H30619

Soft pebble leather, laced with TLC..Brighton artisan's put care into every hand-laced detail edging this bag.

11" handles, inside zippered pocket, cell phone pocket, key holder, center divider, front patch pocket, back pocket with zipper, floral lining, magnetic snap closure.

11"W x 8"H x 3.5"D

**Suggested Retail Price:** $200.00

**You may also like these styles**



Ronni Soft Shoulderbag



Isabel Elastichette Sandal with Heel



Konnie Croc and Madras Sandal

Add to My Wishlist   Clear



*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog   >   Handbags   >   Traditional Handbags   >

# Avril Croco Handbag



**Avril**
**Red**

**Style #**H91127

Inspired by an art nouveau card case at an art show at the Grand California Mission - style hotel.

5.5" handles and 20.5" adjustable-detachable strap, inside zipper pocket, key holder, front and back pocket, two side pockets with snap closure, zip top closure, custom Brighton scroll lining

9"W x 7"H x 4"D

**Suggested Retail Price:** $220.00

### You may also like these styles



Avril Croco Handbag



Nouveau Flower Small Wallet



Nouveau Flower Necklace

Add to My Wishlist   Clear



*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Avril Croco Handbag



**Avril**
Black

**Style #H91123**

Inspired by an art nouveau card case at an art show at the Grand California Mission - style hotel.

5.5" handles and 20.5" adjustable-detachable strap, inside zipper pocket, key holder, front and back pocket, two side pockets with snap closure, zip top closure, custom Brighton scroll lining

9"W x 7"H x 4"D

**Suggested Retail Price:** $220.00

**You may also like these styles**



Avril Croco Handbag



Nouveau Flower Small Wallet



Nouveau Flower French Wire Earrings



Add to My Wishlist     Clear



*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

**View My Wishlist**

In All Categories

**Search Products**

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Billy Medium Handbag



**Billy**
**Black-Tobacco**

**Style #**H91059

A beautiful balance between classic and contemporary - this bag "sits pretty" with four feet to anchor the bottom.

12" handles, two inside zipper pockets, key holder, center divider, back pocket, zip top closure, custom Brighton toile lining

10"W x 8"H x 3"D

**Suggested Retail Price:** $220.00

**You may also like these styles**



Fontina Disk Bracelet



Fontina Medium Wallet



Presley Small Shoulderbag



**Add to My Wishlist**      **Clear**

# Brighton

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Cara Ziptop Handbag



**Cara**
Black-Chocolate

**Style #**H90709

A classic with zip, featuring a sculpted front pocket. Matcher to Cafe Society.

10.5" handles, inside zippered pocket, cell phone pocket, key holder, back pocket, front pocket flap with magnetic closure, ziptop closure, custom Brighton scroll lining (red)

12"W x 6.5"H x 4"D

**Suggested Retail Price:** $220.00

### You may also like these styles



**Cafe Society Medium Wallet**



**Lorna Large Handbag**



**Liza Organizer Shoulderbag**

Add to My Wishlist | Clear

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Personal Accessories
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishlist | Gift Card

 *Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAC

View My Wishlist

In All Categories   

Sear

Wishlist Catalog   >   Wallets   >   Ladies Checkbooks   >

## Caroline Braid Checkbook



**Caroline**
Black/Brown

**Style #**T9600

Caroline Braid Checkbook

ID picture window, 2 side pockets,
slot for checks, 8 credit card slots.
Back: zippered coin pocket.

**Suggested Retail Price:** $57.00

You may also like t



Caroline Classi



Caroline C



Caroline Lipstic


Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect ! Wishl



*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

**View My Wishlist**

In All Categories

**Search Products**

**Wishlist Catalog  >  Handbags  >  Traditional Handbags  >**

## Caroline Brief bag



**Caroline**
Black/Peanut

**Style #H7060**

Caroline Brief bag

4.5" handles, 18" detachable strap, two inside zippered pockets, two front pockets, credit card organizer on back, double snap lock front closures

16.5"W x 11"H x 5"D

**Suggested Retail Price: $405.00**

**You may also like these styles**



Caroline Clip



Caroline Classic Tote



Caroline Braid Checkbook



**Add to My Wishlist**   **Clear**

# Brighton

...ever your style, personality, career, or ..., Brighton accessories are designed for you!

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Eli Croco Shoulder bag



**Eli**
Black

**Style #H90573**

A 1902 French Art Nouveau tiara touched off the inspiration for this collection adorned with double heart motifs and sculpted and smooth details.

18" adjustable strap, elegant double heart ornamentation with subtle beveled details, full flap with magnetic closure, back flat pocket, interior pocket system, vintage floral lining

8.5"W x 8"H x 4"D

**Suggested Retail Price: $220.00**

**You may also like these styles**



Jayda



Ellington Sunglass



Ellington Heart Passport Cover

Add to My Wishlist        Clear

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Personal Accessories
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishlist | Gift Card

# Brighton

ever your style, personality, career, or *Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >



## Eliza Large Tote

**Eliza**
Black-Chocolate

**Style #H90639**

Unique ornamentation blends chain and leather for a beautifully different flap design.

9" soft tubular glazed calf shoulder strap, interior pocket system with center zip divider, convenient divided back pocket, scrolled lining

14"W x 8"H x 5"D

**Suggested Retail Price: $240.00**

You may also like these styles



Eliza Chain Belt



Eliza Slide Bracelet



Eliza Slide Necklace

Add to My Wishlist      Clear

 *Whatever your style, personality, career, or mood, Brighton accessories are*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAG

View My Wishlist

In All Categories 

Sear

Wishlist Catalog  >  Wallets  >  Medium Ladies Wallets  >

## Ellington Heart Medium Wallet



**Ellington**
Chocolate-Black

**Style #T20509**

A 1902 French Art Nouveau tiara touched off the inspiration for this collection adorned with double heart motifs and sculpted and smooth details.

snapped coin pocket, 2 billfold pockets, 3 credit card slots, 3 small side pockets, adjustable and removable strap

4.875"W x 4.25"H x 0.75"D

**Suggested Retail Price: $75.00**

You may also like t



Ellington Heart N



Ellington Heart Checl



Ellington Heart C


Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

http://www.brightonretail.com/store/wishlist.php?m=product_detail&p=T20509          3/7/2006



*Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FA(

View My Wishlist

In All Categories 

Sear

Wishlist Catalog  >  Wallets  >  Ladies Checkbooks  >

## Ellington Heart Checkbook



**Ellington**
Chocolate

**Style #T50018**

A 1902 French Art Nouveau tiara touched off the inspiration for this collection adorned with double heart motifs and sculpted and smooth details.

10 credit card slots, back pocket, inside pocket, checkbook flap. Clear Duplicate Divider.

3.5"W x 6.625"H x 0.75"D

**Suggested Retail Price:** $48.00

You may also like t



Ellington Heart Cl



Ellington 2-Tone
Reversible I



· Ellington Heart Pas:



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishi

# *Brighton*

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment |

**View My Wishlist**

In All Categories ☐

**Search Products**

**Wishlist Catalog  >  Wallets  >  Medium Ladies Wallets  >**

## French Kiss Medium Wallet



**French Kiss**
Black

**Style #T20613**

Openworks heart hardware is inspired by a bracelet found in the paris flea market.

1 ID picture window, 4 credit card slots, 2 pockets, 1 zippered pocket, back zippered coin pocket, 2 back zippered accordion pockets with center divider, adjustable strap w/buckle

5.625"W x 4"H x 1.5"D

**Suggested Retail Price:** $85.00

**You may also like these styles**



French Kiss Coin Purse



French Kiss Medium Wallet



Loretta Small Handbag

☐

**Add to My Wishlist**   **Clear**

 *Brighton* ® **Whatever your style, personality, career, or mood, Brighton accessories are designed for you!**

Heartbeat Registration   Products   Events   *Store Locator*   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Wallets  >  Medium Ladies Wallets  >

## French Kiss Medium Wallet



**French Kiss**
Tobacco

**Style #T20615**

Openworks heart hardware is inspired by a bracelet found in the paris flea market.

3 ID picture window, 4 credit card slots, 2 pockets, 1 zippered pocket, back zippered coin pocket, 2 back zippered accordion pockets with center divider, adjustable strap w/buckle

5.625"W x 4"H x 1.5"D

**Suggested Retail Price: $85.00**

**You may also like these styles**



French Kiss Organizer



Laverne Organizer Bag



Lorna Large Handbag



Add to My Wishlist      Clear

 Brighton.

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Contemporary Handbags  >

# Angie Large Shoulderbag



**Angie**
Black

**Style #**H31063

Young and fun - its named after Brighton's fun - loving merchandiser, Angie Fischer.

8.5"handles, inside zipper pocket, key holder, zip top and flap with snap closure, three interior sections- center section with zip top closure and divider, back pocket with magnetic closure, custom Brighton scroll lining

12"W x 6.5"H x 4.5"D

**Suggested Retail Price:** $260.00

**You may also like these styles**



Fillmore Small Wallet



Fillmore French Wire Earrings



Fillmore Necklace



Add to My Wishlist | Clear



*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

**View My Wishlist**

In All Categories ☐

**Search Products**

**Wishlist Catalog  >  Personal Accessories  >  Small Leather Good Accessories  >**

## French Kiss Coin Purse



**French Kiss**
Black

**Style #**E40653

Openwork heart hardware, inspired by an antique bracelet found in the Paris flea market.

Zippered coin pocket with key ring.

4.5"W x 2.875"H x

**Suggested Retail Price:** $35.00

**You may also like these styles**



French Kiss Coin Purse



Precia Granola and Croc Mule



Loma Large Handbag

☐

**Add to My Wishlist**   **Clear**



*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

**View My Wishlist**

In All Categories

**Search Products**

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Gail Croco Shopper



**Gail**
Black

**Style #**H90773

Victorian-inspired hardware to match the Geneva Collection graces this elegant handbag.

11.5" straps, inside zippered pocket, key holder, pocket and bottom lining brown floral fabric, magnetic closure, large front pocket

14"W x 10"H x 5"D

**Suggested Retail Price:** $300.00

**You may also like these styles**



Gail Croco Shopper



Geneva Phone Case



Geneva Organizer



Add to My Wishlist    Clear

 *Brighton*

**Whatever your style, personality, career, or mood, Brighton accessories are designed for you!**

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

**View My Wishlist**

In All Categories

**Search Products**

Wishlist Catalog > Handbags > Traditional Handbags >



### Gail Croco Shopper

**Gail**
Chocolate

**Style #**H90778

Victorian-inspired hardware to match the Geneva Collection graces this elegant handbag.

11.5" straps, inside zippered pocket, key holder, pocket and bottom lining brown floral fabric, magnetic closure, large front pocket

14"W x 10"H x 5"D

**Suggested Retail Price: $300.00**

You may also like these styles



Geneva Large Wallet



Geneva Heart Mirror



Geneva Card Case



**Add to My Wishlist**    **Clear**

# $\mathcal{B}$righton

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment |

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Gail Croco Shopper



**Gail**
Red

**Style #**H90777

Victorian-inspired hardware to match the Geneva Collection graces this elegant handbag.

11.5" straps, inside zippered pocket, key holder, pocket and bottom lining brown floral fabric, magnetic closure, large front pocket

14"W x 10"H x 5"D

**Suggested Retail Price:** $290.00

**You may also like these styles**



**Geneva Handbag Charm**



**Geneva Organizer**



**Geneva Checkbook**

☐

Add to My Wishlist    Clear

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Personal Accessories
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishlist | Gift Card

# Brighton

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment |

**View My Wishlist**

In All Categories

**Search Products**

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

### Gail Croco Shopper



**Gail**
Red

**Style #H90777**

Victorian-inspired hardware to match the Geneva Collection graces this elegant handbag.

11.5" straps, inside zippered pocket, key holder, pocket and bottom lining brown floral fabric, magnetic closure, large front pocket

14"W x 10"H x 5"D

**Suggested Retail Price:** $290.00

**You may also like these styles**



**Geneva Handbag Charm**



**Geneva Organizer**



**Geneva Checkbook**

**Add to My Wishlist**    **Clear**



*Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ

View My Wishlist

In All Categories

Sear

Wishlist Catalog > Handbags > Traditional Handbags >

## Glenna Croco Shoulderbag



**Glenna**
Black-Chocolate

**Style #H90849**

Scottish castle details accent this Brighton classic with large-scale croco and castle charms.

12" straps, inside zippered pocket, cel phone pocket, key holder, *magnetic closure*, back pocket with magnetic closure, front pocket with magnetic closure, brown floral lining.

10.5"W x 7"H x 2.5"D

**Suggested Retail Price:** $240.00

You may also like t



Maureen Croco Shoulderb



Aberdeen Org



Maureen Croco Shoulderb



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona

 *Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ

View My Wishlist

In All Categories

Sear

Wishlist Catalog  >  Wallets  >  Small Ladies Wallets  >

## Hearts and Flowers Small Wallet



**Hearts and Flowers**
Black

**Style #T10353**

Inspired by the lush floral embroidery on a gentleman's waistcoat from 1740 ?lassic look for a contemporary woman.

croco-embossed leather accents, floral filled heart ornament, 1 ID window, 5 credit card slots, 1 bill fold pocket, outside snap pocket, adjustable-detachable shoulder strap

4.125"W x 3.5"H x 1.5"D

**Suggested Retail Price:** $65.00

You may also like t



Hearts and Flowers



Hearts and Flowers :



Avignon Petite


Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl



*Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration    Products    Events    Store Locator    E-Cards    Wishlist    Heart2Heart    Company History    Contact    FAC

View My Wishlist

In All Categories    

Sear

Wishlist Catalog  >  Wallets  >  Large Ladies Wallets  >

### Heritage Heart Large Clutch Wallet



**Heritage Heart**
Black-Red

**Style #T30910**

Modern-at-heart designs - with color blocking, contrasts, cotton-corded jewelry...very fresh!

Y

7.5"W x 3.875"H x 0.375"D

**Suggested Retail Price: $105.00**

You may also like t



Heritage Heart Mec



Heritage Heart Pos



Heritage Heart Lar
Wallet



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

# Brighton

Whatever your style, personality, career, or mood, Brighton accessories are designed for you!

Heartbeat Registration    Products    Events    Store Locator    E-Cards    Wishlist    Heart2Heart    Company History    Contact    FAQ    Employment

View My Wishlist

In All Categories

**Search Products**

Wishlist Catalog   >   Handbags   >   Traditional Handbags   >

## Maureen Croco Large Shoulderbag



**Maureen**
Black

**Style** #H90853

Scottish castle details accent this Brighton classic with large-scale croco and castle charms.

12" straps, inside zippered pocket, cel phone pocket, key holder, magnetic closure, back pocket with magentic closure, front pocket with magnetic flap closure, brown floral lining.

11"W x 9"H x 3.5"D

**Suggested Retail Price:** $260.00

### You may also like these styles



Glenna Croco Shoulderbag



Aberdeen Post Earrings



Aberdeen Large Wallet

**Add to My Wishlist**      **Clear**

 *Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ |

**View My Wishlist**

In All Categories 

Sear

Wishlist Catalog   >   Wallets   >   Large Ladies Wallets   >

### Montmartre Large Wallet



**Montmartre**
Tobacco

**Style #T31325**

Handlaced detailing and large-
scale croco for casual elegance!

**Suggested Retail Price:** $125.00

You may also like t



Montmartre Coir



Shana Flap Shou



Montmartre Br



**Add to My Wishlist**

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona

Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl



*Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ

View My Wishlist

In All Categories

Sear

Wishlist Catalog   >   Wallets   >   Large Ladies Wallets   >

## Montmartre Large Wallet

**Montmartre**
Black

**Style #T31323**

Handlaced detailing and large -
scale croco for casual elegance!

**Suggested Retail Price:** $125.00

You may also like t



Montmartre Br



Montmartre Post



Montmartre Coi



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

# *Brighton*

Whatever your style, personality, career, or more... Brighton accessories are designed for you!

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Casual Handbags  >



## Nina Zip top Tote

**Nina**
Black/Chocolate

**Style #**H20159

Nina Zip top Tote

12.25" handles, inside zippered pocket, cell phone pocket, key holder, zip top, front pocket, back pocket

11.5"W x 9"H x 4.5"D

**Suggested Retail Price:** $270.00

**You may also like these styles**



1" Cafe Au Lait Sampler Belt



Cafe Au Lait Mini Post Earring



Cafe Au Lait Necklace

Add to My Wishlist      Clear

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Personal Accessories
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishlist | Gift Card

 *Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ |

View My Wishlist

In All Categories



Sear

Wishlist Catalog   >   Wallets   >   Medium Ladies Wallets   >

## Park Avenue Medium Wallet



**Park Avenue**
Red

**Style #T20497**

Inspired by the sophistication of the famous New York street, with croco leather accents that mimic the look of sculpted stones.

ID window, zippered inside pocket, 2 billfold pockets, 4 credit card slots, zippered accordion pocket, zippered coin pocket

5.5"W x 4"H x 2"D

**Suggested Retail Price: $75.00**

You may also like t



Park Avenue K



Park Avenue



Park Avenue Leath



Add to My Wishlist



*Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ |

View My Wishlist

In All Categories

Sear

Wishlist Catalog  >  Wallets  >  Small Ladies Wallets  >

## Santa Cruz Small Wallet



**Santa Cruz**
Black-Chocolate

**Style #T10289**

Inspired by the lifestyle of this California coastal community. Easy to wear casual styling. Graphic Silver heart with silver ball channel design. Hardy laced elements.

Accordian coin pouch, 5 credit card slots, ID picture window, billfold pocket and 27.5 adjustable strap with buckle

4.125"W x 3.625"H x 1"D

**Suggested Retail Price:** $63.00

You may also like t



Stacey Hand



Stacey Hand



Stacey Hand


Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

 *Brighton*

*Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FA |

**View My Wishlist**

In All Categories

Sear

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

### Shana Flap Shoulderbag



**Shana**
Tobacco

**Style #H90995**

Montmartre collection matcher, inspired by a vintage buckle from Paris, classic pebble and croco construction, single shoulder strap.

8.5" strap, inside zippered pocket, cell phone pocket, key holder, front outside pocket, flap with magnetic closure, back pocket, Brighton scroll lining.

9.0"W x 7.0"H x 2.0"D

**Suggested Retail Price:** $185.00

You may also like t



Montmartre Coi



Montmartre Ne



Montmartre Medi


**Add to My Wishlist**

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

*Brighton*

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

**View My Wishlist**

In All Categories

**Search Products**

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Shana Flap Shoulderbag



**Shana**
Black

**Style #H90993**

Montmartre collection matcher, inspired by a vintage buckle from Paris, classic pebble and croco construction, single shoulder strap.

8.5" strap, inside zippered pocket, cell phone pocket, key holder, front outside pocket, flap with magnetic closure, back pocket, Brighton scroll lining.

9.0"W x 7.0"H x 2.0"D

**Suggested Retail Price: $185.00**

**You may also like these styles**



Montmartre Necklace



Montmartre Bracelet



Montmartre Medium Wallet

**Add to My Wishlist**   **Clear**

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts | Jewelry | Ladies Belts | Luggage | Mens Belts | Personal Accessories
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishlist | Gift Card

# Brighton

*...ever your style, personality, career, or ..., Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Casual Handbags  >



## Stacey Handbag

**Stacey**
Black

**Style #H20263**

Inspired by the lifestyle of this California coastal community. Easy to wear casual styling. Graphic Silver heart with silver ball channel design. Hardy laced elements.

8.5" handles, inside zippered pocket, cell phone pocket, key holder, back pocket, zip top closure, black Brighton scroll lining.

10"W x 8.5"H x 5.5"D

**Suggested Retail Price:** $240.00

**You may also like these styles**



Santa Cruz Cardcase Fob



Stacey Handbag



Santa Cruz Small Wallet

Add to My Wishlist | Clear



 Whatever your style, personality, career, or mood, *Brighton* accessories ar

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAC

View My Wishlist   In All Categories

Sear

Wishlist Catalog  >  Personal Accessories  >  Small Leather Good Accessories  >

## Vicenza Mini Organizer



**Vicenza**
Black

**Style #E90833**

This Brighton collection inspired by Vicenza transforms the ornately fresco'd designs of classic Italian architecture into accessories and jewelry that is modern art-to-wear.

3.25"W x 5"H x 0.625"D

**Suggested Retail Price:** $56.00

You may also like t



Vicenza Soft Ey



Vicenza Mini Or



Vicenza Large Zi

☐


Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts | Jewelry | Ladies Belts | Luggage | Mens Belts | Persona Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl



Whatever your style, personality, career, or mood, Brighton accessories a

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ

View My Wishlist

In All Categories 

Seen

Wishlist Catalog > Handbags > Contemporary Handbags >

## Yoko Microfiber Shoulderbag



**Yoko**
Black

**Style #H30643**

Sleek, contemporary microfiber in a hot east-west silhouette packs a twin fashion punch with two croco-flap outside pockets. A matcher to the Metro Collection.

10" handle, inside zippered pocket, key holder, magnetic closure, two front pockets with magnetic closure, two back pockets, center divider with ziptop, custom Brighton scroll lining in grapefruit pink.

12.5"W x 5"H x 3.5"D

**Suggested Retail Price:** $210.00

You may also like t



Metro Large V



Metro Reversible Li



Metro Eyeglass



Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts | Jewelry | Ladies Belts | Luggage | Mens Belts | Persona Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

http://www.brightonretail.com/store/wishlist.php?m=product_detail&p=H30643                    3/6/2006

 *Brighton*   *Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ |

**View My Wishlist**

In All Categories

Sear

Wishlist Catalog   >   Personal Accessories   >   Small Leather Good Accessories   >

### Espana Memo Pad Phone Case



**Espana**
Black

**Style #E91303**

A dressier new design with credit card slots.

**Suggested Retail Price:** S52.00

**You may also like t**



Espana Pou



Espana Key



Espana Heart E


**Add to My Wishlist**

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts | Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

 *Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FA |

View My Wishlist

In All Categories

Sear

Wishlist Catalog  >  Personal Accessories  >  Small Leather Good Accessories  >

## Working Girl Cell Phone Case



**Working Girl**
Brown

**Style #00898**

Working Girl Cell Phone Case

2 1/2"W x 4 1/2"H x 1 3/8"D

**Suggested Retail Price:** $39.00

You may also like t





Working Girl Cell P

Fontina Compac



Trinity Eyeglas:



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

http://www.brightonretail.com/store/wishlist.php?m=product_detail&p=00898                    3/7/2006

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,206,480

Registered Dec. 1, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LEEGIN CREATIVE LEATHER PRODUCTS, INC. (CALIFORNIA CORPORATION)
14022 NELSON AVENUE
CITY OF INDUSTRY, CA 91746

FOR: LEATHER GOODS, NAMELY, HAND-BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-1-1993; IN COMMERCE 2-1-1993.

THE MARK CONSISTS OF A HEART-SHAPED DESIGN AND A STRAP WHICH APPEAR ON THE SIDE OF A HANDBAG WHICH IS DEPICTED IN DOTTED-OUTLINE FORM AND IS NOT PART OF THE MARK BUT APPEARS IN THE DRAWING TO SHOW THE LOCATION OF THE MARK.

SEC. 2(F).

SER. NO. 75-244,813, FILED 2-20-1997.

ROBERT C. CLARK JR., EXAMINING ATTOR-NEY

# Brighton

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

**View My Wishlist**

In All Categories

**Search Products**

Wishlist Catalog > Handbags > Traditional Handbags >

## Melanie Heart Bucket



*Melanie*
Black/Brown

**Style #03725**

Melanie Heart Bucket

19.5" strap, inside zippered pocket, flap with magnetic closure, back pocket

9"W x 9"H x 4"D

**Suggested Retail Price:** $230.00

### You may also like these styles



Melanie Heart Bucket



Madison Briefbag



Becka Woven Bucket

**Add to My Wishlist**   **Clear**

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Personal Accessories
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishlist | Gift Card

*Brighton*  Whatever your style, personality, career, or mood, Brighton accessories ar

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ |

View My Wishlist                    In All Categories       ☐

Sear

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >



### Moji Ziptop Hobo

**Moji - Black-Chocolate**

**Style #H90939**

**Description:**Unmistakably Brighton - a collection matcher to Full Moon

**Features:** 12"-20.5" adjustable strap, inside zippered pocket, key holder, ziptop closure with magnetic flap, back pocket, custom Brighton scroll lining.

10"W x 7.5"H x 2.5"D
**Suggested Retail Price:** $200.00

**You may also like t**



Full Moon Large



Full Moon Large



Full Moon Mediur



Add to My Wishlist

Int. Cls.: 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 2,209,973

Registered Dec. 15, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## BRIGHTON

LEEGIN CREATIVE LEATHER PRODUCTS, INC. (CALIFORNIA CORPORATION)
14022 NELSON AVENUE
CITY OF INDUSTRY, CA 91746

FOR: JEWELRY, NAMELY, WATCHES AND BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

FOR: LEATHER GOODS, NAMELY, HAND-BAGS AND WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-1-1995; IN COMMERCE 6-1-1995.

FOR: CLOTHING, NAMELY, BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1985; IN COMMERCE 5-0-1985.

OWNER OF U.S. REG. NO. 1,535,432.

SER. NO. 75-104,444, FILED 5-15-1996.

JERI J. FICKES, EXAMINING ATTORNEY

# MARC CHANTAL

2548 Tarpley Road, Carrollton, Texas 75006

Tel: 1-800-445-0837
Fax: 1-800-832-3763

# Bristol

### Fabric/Genuine Leather



#4080
$32.00
15"x8.5"x13"
Pet Carrier

Holds pets up to 10 lbs.

#4081
$29.00
16.5"x 4"x11"
Briefcase

#4086
$22.00
14"x5"x10"
Handbag

#4078
$23.00
12"x5"x8.5"
Cosmetic Bag

#4093
$29.00
13"x7.5"x10"
Large Cosmetic Bag

#4091
$22.00
9.5"x4"x10"
Backpack

#4087
$20.00
13"x4"x6.5"
Handbag

Colors:



# MARC CHANTAL

2548 Tarpley Road, Carrollton, Texas 75006

Tel: 1-800-445-0837
Fax: 1-800-832-3763

# Bristol

### Fabric/Genuine Leather

#4079
$39.00
21"x5.5"x19"
Garment bag

#4090
$55.00
14.5"x8"x20.5"
Rolling suitcase

#4075
$49.00
16.5"x7.5"x14"
Computer case

#4076
$35.00
18x7.5"x13.5"
Weekender

#4077
$55.00
20"x11.5"x12"
Rolling duffle

Colors:

 *Brighton* Whatever your style, personality, career, or mood, Brighton accessories ar

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAC |

**View My Wishlist**

In All Categories

Sear

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

### Francesca Micro fiber Brief bag



**Francesca - Black/Chocolate**

**Style #H7040**

**Description:**Francesca Micro fiber Brief bag

**Features:** 5.5" handles, 18" detachable strap, two inside zippered pockets plus six pockets, zip top, back pocket with magnetic snap, two side pockets with magnetic snaps

16.5"W x 11"H x 5.25"D
**Suggested Retail Price: $360.00**

You may also like t



Francesca F



5/8" Francesca Met



Francesca Large 2pc
Cover



**Add to My Wishlist**

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

http://www.brightonretail.com/store/wishlist.php?m=product_detail&p=H7040                10/10/2005



#4081
$29.00
16.5"x 4"x11"
Briefcase

Brighton                                                    Page 1 of 1

*Brighton*  Whatever your style, personality, career, or mood, Brighton accessories ar

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FA

View My Wishlist                    In All Categories        

Sear

Wishlist Catalog  >  Luggage  >  Luggage  >



### Large Cosmetic Case

**Luggage - Black/Chocolate**

**Style #LG020**

**Description:**Large Cosmetic Case

**Features:** 7" handles, 20"
detachable strap, 2 plastic zippered
pockets, 1 zippered pocket, multiple
pocket, plastic lined interior, elastic
holders for storage of 4 bottles, 2
exterior side pockets, 2 back
pockets.

13"W x 9.5"H x 8"D
**Suggested Retail Price:** $290.00

**You may also like t**



Small Cosmetic



Small Cosmetic



Pet Carrie


Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladles Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wish



#4093
$29.00
13"x7.5"x10"
Large Cosmetic Bag

Brighton                                                               Page 1 of 1

*Brighton*   *Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAC |

**View My Wishlist**

In All Categories 

Sear

Wishlist Catalog  >  Luggage  >  Luggage  >



### Small Cosmetic Case

**Luggage - Black/Chocolate**

**Style #LG010**

**Description:**Small Cosmetic Case

**Features:** 7" handles with leather handle wrap, 20" detachable strap, front pocket has 4 plastic bottles and plastic lining with 2 zippered pockets, rear pocket features elastic loops to hold essentials and plastic lining with 1 zippered pocket.

12"W x 8"H x 5"D
**Suggested Retail Price: $250.00**

**You may also like t**



22" Wheeled Ca



Garment Ca



Large Cosmeti

**Add to My Wishlist**



Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts | Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl



#4078
$23.00
12"x5"x8.5"
Cosmetic Bag

# Brighton

*Whatever your style, personality, career, or mood, Brighton accessories ar*

**Heartbeat Registration** | **Products** | **Events** | **Store Locator** | **E-Cards** | **Wishlist** | **Heart2Heart** | **Company History** | **Contact** | **FA**

**View My Wishlist**

In All Categories 

Sear

Wishlist Catalog   >   Handbags   >   Contemporary Handbags   >

## Charlene Large Shoulder Bag



**Charlene - Black-Chocolate**

**Style #H30559**

**Description:**This new contemporary silhouette features two exterior cell phone pockets and a full zippered top..

**Features:** 8.5" round braid straps, two exterior cell phone pockets, full zippered top, zippered back pocket, interior pocket system

12"W x 9.5"H x 4.5"D
**Suggested Retail Price: $250.00**

**You may also like t**



Capri Heart Coi



Capri Heart Coi



Capri Leather B



**Add to My Wishlist**



#4087
$20.00
13"x4"x6.5"
Handbag

Brighton                                                              Page 1 of 1

 Whatever your style, personality, career, or mood, Brighton accessories ar

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ |

**View My Wishlist**                    In All Categories                        ☐

                                                                         Sear

Wishlist Catalog  >  Handbags  >  Casual Handbags  >

### Monica Classic Backpack



**Monica - Black/Brown**

**Style #H2177**

**Description:** Monica Classic Backpack

**Features:** 3.25" handle, 32" adjustable straps, inside zippered pocket, back zipper pocket

9.25"W x 10.25"H x 4.25"D
**Suggested Retail Price:** $300.00

**You may also like t**



Monica Classic B



Irene Large Doc



Emma Corded


**Add to My Wishlist**

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl



#4091
$22.00
9.5"x4"x10"
Backpack

*Brighton*

Whatever your style, personality, career, or mood, Brighton accessories ar 

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ |

View My Wishlist

In All Categories                  ☐

Sear



Wishlist Catalog  >  Luggage  >  Luggage  >

## 22" Wheeled Carry On

**Luggage - Black/Chocolate**

**Style #LG200**

**Description:**

**Features:** 3" handle, 17" extended handle, zippered front pocket, divided compartment, pull out hanging organizer with multiple pockets, multiple interior zippered pockets, 2 removable pouches.

14"W x 22"H x 9"D
**Suggested Retail Price: $500.00**

You may also like t



Small Cosmeti



Protective Cover f



Side Wheeler



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

http://www.brightonretail.com/store/wishlist.php?m=product_detail&p=LG200                10/10/2005



#4090
$55.00
14.5"x8"x20.5"
Rolling suitcase

Brighton                                                    Page 1 of 1

# *Brighton*

*Whatever your style, personality, career, or mood, Brighton accessories a*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ |

**View My Wishlist**

In All Categories ☐

Sea

**Wishlist Catalog  >  Luggage  >  Luggage  >**

## Business Computer Case



**Business Computer Case -
Black-Chocolate**

**Style #LG600**

**Description:**

**Features:** Unique Brighton Scroll fabric, leather binding, ergonomically designed zipper, 7 outside pockets, out boarded wheel system, 6 interior pockets

16"W x 13.5"H x 8"D
**Suggested Retail Price:** $425.00

**You may also like t**



22" Wheeled Ca



Small Cosmetic



Garment Ca



**Add to My Wishlist**

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl



#4075
$49.00
16.5"x7.5"x14"
Computer case

*Brighton*

*Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAC |

View My Wishlist                    In All Categories      ☐

Sear

Wishlist Catalog  >  Luggage  >  Luggage  >



## Garment Carrier

**Luggage - Black/Chocolate**

**Style #LG300**

**Description:**Garment Carrier

**Features:** 8.5" handle, unfolded dimensions 23" x 54" x 2", two large exterior zippered compartments, two interior zippered pockets, removable hanger, convenient "over door" hook .

23"W x 19"H x 6"D
**Suggested Retail Price:** $275.00

You may also like t



Small Cosmetic



Pet Carrie



Weekend



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

#4079
$39.00
21"x5.5"x19"
Garment bag



*Brighton*

*Whatever your style, personality, career, or mood, Brighton accessories ar*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAC

View My Wishlist

In All Categories

Sear

Wishlist Catalog  >  Luggage  >  Luggage  >

### Side Wheeler Duffel

**Luggage - Black/Chocolate**

**Style #LG500**

**Description:**Side Wheeler Duffel

**Features:** 6" handles with leather handle wrap, 17" extended handle, wide opening for easy packing, 9 pockets.

20"W x 13"H x 10"D
**Suggested Retail Price:** $375.00

**You may also like t**



Small Cosmetic



Garment Ca



22" Wheeled Ca



Add to My Wishlist

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl

http://www.brightonretail.com/store/wishlist.php?m=product_detail&p=LG500          10/10/2005



#4077
$55.00
·20"x11.5"x12"
Rolling duffle

Brighton                                                          Page 1 of 1

*Brighton*   *Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FA( |

View My Wishlist                    In All Categories 

Sear

Wishlist Catalog  >  Luggage  >  Luggage  >

## Weekender

**Luggage - Ruby/Black**

**Style #LG107**

**Description:**Weekender

**Features:** 7.5" handles with leather handle wrap, 20" detachable strap, divided interior with multiple compartments, zippered interior and back pockets.

18"W x 13"H x 8"D
**Suggested Retail Price:** $350.00

**You may also like t**



Small Cosmeti(



22" Wheeled C;



Weekend(


Add to My Wishlist



#4076
$35.00
18x7.5"x13.5"
Weekender

# *Brighton*

*Whatever your style, personality, career, or mood, Brighton accessories ar*

| Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FA |

**View My Wishlist**

In All Categories

Sear

Wishlist Catalog > Luggage > Luggage >



## Pet Carrier

**Luggage - Black/Chocolate**

**Style #LG400**

**Description:** Pet Carrier

**Features:** 6" handles with leather handle wrap, double zip top for easy access, mesh front and side panels, removable washable bottom panel, accommodates pet weighing up to 13 pounds

13"W x 15.5"H x 8.5"D
**Suggested Retail Price:** $295.00

**You may also like t**



Small Cosmeti



Business Compu



22" Wheeled Ca



**Add to My Wishlist**

Home Page | Collections | Eyewear | Footwear | Fragrance | Handbags | Home&Gifts| Jewelry | Ladies Belts | Luggage | Mens Belts | Persona
Wallets | Watches | Western Belts | Registration | Events | Locator | History | Contact | FAQ | Employment | E-Cards | We're Not Perfect | Wishl



#4080
$32.00
15"x8.5"x13"
Pet Carrier

Holds pets up to 10 lbs.





























AO 120 (Rev.3/04)

| TO:          **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised
that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br><br>06cv1584-IEG(WMC) | DATE FILED<br><br>August 8, 2006 | U.S. DISTRICT COURT<br><br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Brighton Collectibles, Inc. | | DEFENDANT<br><br>Marc Chantal USA, Inc.; Marc Chantal America, Inc.; Does 1-10 |

| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
|---|---|---|
| 1  2,206,480 | December 1, 1998 | Leegin Creative Leather Products, Inc. |
| 2  2,209,973 | December 15, 2006 | Leegin Creative Leather Products, Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |
|---|---|

| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1 - Upon initiation of action, mail this copy to Director       Copy 3 - Upon termination of action, mail this copy to Director
Copy 2 - Upon filing document adding patent(s), mail this copy to Director       Copy 4 - Case file copy

ORIGINAL

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a California corporation | MARC CHANTAL USA, INC., MARC CHANTAL AMERICA, INC. |

2006 AUG -8 PM 2:10

| (b) COUNTY OF RESIDENCE OF FIRST LISTED **LOS ANGELES** PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) |
|---|---|
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| WINTON & LARSON, LLP, Steven W. Winton, Esq. 11770 Bernardo Plaza Court, Suite 255 San Diego, CA  92128 -- Tel. (858) 385-0040 | **'06 CV 1584 IEG     WMc** |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Trademark Infringement (15 U.S.C. Section 1114 et. seq.) and related claims arising from copying of plaintiff's products.

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | Docket Number |
|---|---|---|
| DATE   Aug. 2, 2006 | SIGNATURE OF ATTORNEY OF RECORD  *Steven W. Winton* | |

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

127977   $350=