LAW OFFICES OF MICHAEL SCATES & ASSOCIATES
Michael Scates (State Bar No. 17719815)
6210 Campbell Rd., Suite 110
Dallas, TX. 75248
Tel. 972-726-6147 / Fax 972-267-6148

Attorney for Marc Chantal, USA, Inc.

FILED

2006 OCT 12  AM 11: 11

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARC CHANTAL USA, INC., a Texas corporation; MARC CHANTAL AMERICA, INC., a Texas corporation; and Does 1 through 10, inclusive<br><br>Defendants. | Case No. 06 CV 1584-H WMc |

### AGREED STIPULATION TO EXTEND TIME TO ANSWER

Defendants Marc Chantal USA, Inc. and Marc Chantal America, Inc., without entry of a general appearance and without waiving any rights related to challenging jurisdiction or venue in the matter, file this "Agreed Stipulation to Extend Time To Answer" and would respectfully show the Court:

1.  The undersigned attorneys are Texas counsel for the Defendants. Due to obligations and proceedings related to another legal matter in Federal Court in the Eastern District of Texas, counsel only received and reviewed the Original Complaint in the above-captioned matter less than a week prior to the answer date.

**AGREED STIPULATION TO EXTEND TIME TO ANSWER – PAGE 1**



2. Counsel needs time to meet with the client to review the facts and allegations related to the above-captioned lawsuit, and time to identify and retain California legal counsel for the Defendants.

3. The stipulated extension of time is an additional twenty (20) days, making Defendants' new answer date Monday, October 9, 2006.

4. This extension of time is sought, not for any purposes of delay, but only to ensure that justice may be done; and, will not prejudice the rights of any party.

5. Plaintiff's counsel, as evidenced by signature below, has agreed to this Stipulation.

WHEREFORE, PREMISES CONSIDERED, Defendants Marc Chantal USA, Inc. and Marc Chantal America, Inc. respectfully request the Court grant and enter this Stipulation, or enter such order as the Court deems proper granting the relief agreed to herein.

         Respectfully submitted,
         Law Offices of Michael Scates & Associates

         By: _____
           Michael Scates

         Texas State Bar No. 17719815

         6210 Campbell Rd., Suite 110
         Dallas, Texas 75248
         972-726-6147
         972-267-6148 Fax
         michael@ntexlaw.com

         Attorneys For Defendants

AGREED:

Browne Woods & George L.L.P.
450 North Roxbury Drive, Seventh Floor
Beverly Hills, California 90210-4231
310-274-7100
310-275-5697 Fax

By: _____
MARTA B. ALMLI

The extension of time is
GRANTED AND APPROVED:

By: _____
Judge Presiding

## CERTIFICATE OF SERVICE

By signature below, the undersigned attorney certifies that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules Of Civil Procedure on the 18th day of September, 2006.

_____

**AGREED STIPULATION TO EXTEND TIME TO ANSWER – PAGE 3**